■ WARREN MAITLAND, as Administrator of the Estate of MARGA-RITA MAITLAND, Deceased, Respondent, v BENJAMIN KAUTH, Respondent, and KISHARE M, SHOKSI, et al., Appellants, et al., Defendants.—Judgment, Supreme Court, New York County, entered on January 31, 1980, unanimously modified, on the law, to strike the award for loss of consortium as conceded by plaintiff and otherwise affirmed, without costs and without disbursements. No opinion. Concur—Birns, J. P., Fein, Sullivan, Markewich and Yesawich, JJ.

■ In the Matter of ASEN BROS. & BROOK, Appellant, v NATHAN LEVENTHAL, et al., Respondents.—Order and judgment (one paper), Supreme Court, New York County, entered on September 4, 1979, as modified by order and judgment of said court entered on February 14, 1980, unanimously affirmed. Respondents shall recover of appellant $75 costs and disbursements of this appeal. This court sua sponte grants leave to petitioner-appellant to appeal to the Court of Appeals upon the following certified question: "Was the order of the Supreme Court, as affirmed by this court, properly made?" No opinion. Concur—Kupferman, J. P., Ross, Markewich, Bloom and Carro, JJ.

# (December 16, 1980)

■ KENNETH GAYNOR, Petitioner, v SHIRLEY R. LEVITTAN, Respondent.—Application for an order, inter alia, granting petitioner resentencing with regard to Indictment No. 4484/79, unanimously denied, and the petition dismissed, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Ross, Markewich, Lupiano and Lynch, JJ.

■ LOUIS SCHNUR et al., Appellants, v EIGHT HUNDRED ORANGE AVENUE, INC., Respondent, et al., Defendant.—Order, Supreme Court, Bronx County, entered on January 29, 1980, unanimously affirmed, without costs and without disbursements. The appeal from the order of said court entered on or about January 18, 1980 is dismissed as nonappealable. No opinion. Concur—Murphy, P. J., Birns, Sullivan, Lupiano and Silverman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STANLEY MARSHALL, Appellant.—Judgment, Supreme Court, New York County, rendered on May 1, 1978, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Murphy, P. J., Birns, Sandler, Silverman and Bloom, JJ.